UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | NO. 3:12-00206 |
| | ) | JUDGE CAMPBELL |
| BRANDON STUCZYNSKI | ) | |

ORDER

Pending before the Court is a Notice of Intent to Change Plea and Motion for Hearing (Docket No. 217). The Motion is GRANTED.

A plea hearing for Defendant Brandon Stuczynski is scheduled for April 25, 2014, at 1:00 p.m. Any proposed plea agreement shall be submitted to the Court by April 23, 2014.

It is so ORDERED.

_Todd Campbell_
TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE